**FILED**

DEC 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL JAY SEDGWICK<br><br>　　　　　　　　Defendant. | Case No.: 19-MJ-5495-KSC<br><br>**DETENTION ORDER ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984 (18 U.S.C. § 3141, *et seq.*), a detention hearing was set for December 17, 2019, before the Honorable Karen S. Crawford, United States Magistrate Judge, in order to determine whether RUSSELL JAY SEDGWICK ("Defendant") should be held in custody pending trial and, if convicted, sentencing in this matter. Special Assistant U.S. Attorney Conor McMahon appeared on behalf of the United States. Attorney Emerson Wheat appeared on behalf of Defendant.

Defendant knowingly and voluntarily waived Defendant's right to the setting of bail and a detention hearing on the record and in the presence of counsel. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in this matter, without prejudice or waiver of Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

**O R D E R**

1

Case 3:20-cr-00090-CAB   Document 9   Filed 12/17/19   PageID.14   Page 2 of 2

IT IS HEREBY ORDERED that Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court at a future date.

IT IS SO ORDERED.
DATED: December 17, 2019

HON. KAREN S. CRAWFORD
United States Magistrate Judge

2

19-MJ-5495-KSC