6

FILED
JAN 9 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL JAY SEDGWICK,<br><br>　　　　　Defendant. | Case No.: 20CR0090-CAB<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. DOUGLAS BOWEN, et. al., Case No. 19CR3627-CAB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

　　__x__ (a) A common wiretap

　　_____ (b) A common search warrant

　　_____ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: January 6, 2020.

_____
ROBERT S. BREWER, JR.
United States Attorney

*:*:1/6/2020